UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Jacquelyen Derry

                              Plaintiff,

v.                                                               Case No.: 1:20–cv–02951
                                                                  Honorable Young B. Kim

Andrew Saul

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 16, 2021:

      MINUTE entry before the Honorable Young B. Kim: The government's unopposed motion for an extension of time to respond to Plaintiff's brief [17] is granted. The government now has until March 18, 2021, to file its response. Plaintiff now has until April 1, 2021, to file a reply, but one is not required. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.